# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| *Mark Walker, 7:21-cv-29816* | |

## NOTICE OF DESIGNATED FORUM

Plaintiff, Mark Walker, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States District Court, District of Minnesota absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: September 29, 2021     Respectfully submitted,

           */s/ Sarah Shoemake Doles*
           Sarah Shoemake Doles
           CAREY DANIS & LOWE
           8235 Forsyth Blvd., Suite 1100
           St. Louis, Missouri 63105
           Telephone: 314-725-7700
           Facsimile: 314-721-0905
           sdoles@careydanis.com
           ***Counsel for Plaintiff***

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 29th day of September, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Sarah Shoemake Doles*
Sarah Shoemake Doles
